UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

SALLY TOMON,

                            Plaintiff,

        -against-                                    3:05-CV-1157
                                                      (LEK/GJD)

COMMISSIONER OF SOCIAL SECURITY,

                            Defendant.
_____

## DECISION AND ORDER

        This matter comes before the Court following a Report-Recommendation filed on June 20,

2008, by the Honorable Gustave J. DiBianco, United States Magistrate Judge, pursuant to 28 U.S.C.

§ 636(b) and L.R. 72.3(c) of the Northern District of New York.  Report-Rec. (Dkt. No. 13).

        Within ten days, excluding weekends and holidays, after a party has been served with a copy

of a Magistrate Judge's Report-Recommendation, the party "may serve and file specific, written

objections to the proposed findings and recommendations," FED. R. CIV. P. 72(b), in compliance

with L.R. 72.1.  No objections have been raised in the allotted time with respect to Judge

DiBianco's Report-Recommendation.  Furthermore, after examining the record, the Court has

determined that the Report-Recommendation is not subject to attack for plain error or manifest

injustice.

        Accordingly, it is hereby

        **ORDERED**, that the Report-Recommendation (Dkt. No. 13) is **APPROVED** and

**ADOPTED** in its **ENTIRETY**; and it is further

        **ORDERED**, that the decision of the Commissioner is **REVERSED** and this case

1

**REMANDED** for further proceedings, based on Sentence Four of 42 U.S.C. § 405(g); and it is

further

      **ORDERED**, that the Clerk serve a copy of this Order on all parties.

      **IT IS SO ORDERED**.

DATED:      August 04, 2008
           Albany, New York

                Lawrence E. Kahn
                U.S. District Judge