## * * * * * UNITED STATES DISTRICT COURT * * * * *

__NORTHERN__ DISTRICT OF __NEW YORK__

**JUDGMENT IN A CIVIL CASE**

**DOCKET NO. 3:05-CV-1157 (LEK/GJD)**

SALLY TOMON,

    **Plaintiff,**

v.

COMMISSIONER OF SOCIAL SECURITY,

    **Defendant.**

_____  **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__XX__  **DECISION by COURT.** This action came to trial or hearing before the Court. The issues have been tried and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the Report-Recommendation of the Honorable Gustave J. DiBianco, dated June 20, 2008, is APPROVED and ADOPTED in its ENTIRETY; IT IS FURTHER ORDERED, that in the above entitled action, the case is DISMISSED in favor of the Plaintiff and against the Defendant and this case is REMANDED to the Commissioner for further proceedings in accordance with the DECISION AND ORDER of the Honorable Lawrence E. Kahn, U. S. District Judge, dated August 04, 2008.

DATE: __August 04, 2008__       __LAWRENCE K. BAERMAN__
                    CLERK OF THE COURT

                    *Scott A. Snyder*
                    **Courtroom Deputy to the**
                    **Honorable Lawrence E. Kahn**